36 A.3d 83

**Demetrius J. GRANT, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 21, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of December, 2011, the Order of the Commonwealth Court is **AFFIRMED.**